```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19368
   DENIS J MCNAMARA
   MARY G MCNAMARA                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-7347    SSN XXX-XX-4523


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 01/22/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  65.00%.

     The case was dismissed after confirmation 02/05/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00               .00              .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE   22803.22               .00         13026.16
COUNTRYWIDE HOME LOANS   NOTICE ONLY     NOT FILED              .00              .00
INTERNAL REVENUE SERVICE PRIORITY        14669.32               .00              .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED              .00              .00
ST CLARE MEDICAL CENTER  UNSECURED       NOT FILED              .00              .00
ACCOUNT RECOVERY BUREAU  NOTICE ONLY     NOT FILED              .00              .00
AMERICAN EXPRESS         UNSECURED       NOT FILED              .00              .00
MKM ACQUISITIONS LLC     UNSECURED         565.31               .00              .00
BP OIL CITIBANK          NOTICE ONLY     NOT FILED              .00              .00
BP OIL CITIBANK          NOTICE ONLY     NOT FILED              .00              .00
CAPITAL ONE              UNSECURED         988.66               .00              .00
CAPITAL ONE BANK         NOTICE ONLY     NOT FILED              .00              .00
NEW HORIZONS MINISTRIES  UNSECURED       NOT FILED              .00              .00
CCB                      UNSECURED       NOT FILED              .00              .00
CHASE BANK USA           UNSECURED         331.89               .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED       12409.17               .00              .00
CHASE MANHATTAN BANK     NOTICE ONLY     NOT FILED              .00              .00
HOLLYWOOD VIDEO          UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY       FILED LATE       1206.50               .00              .00
FIRST NATIONAL BANK OF M NOTICE ONLY     NOT FILED              .00              .00
PREMIER BANKCARD         UNSECURED         447.90               .00              .00
ISL                      UNSECURED        8832.44               .00              .00
ISL US BANK              UNSECURED       NOT FILED              .00              .00
LEMONT FIRE PRO DIST     UNSECURED       NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM UNSECURED        6164.67               .00              .00
PALOS EMERGENCY MEDICAL  UNSECURED       NOT FILED              .00              .00
MERHCANTS CREDIT GUIDE   NOTICE ONLY     NOT FILED              .00              .00
NICOR GAS                UNSECURED         320.63               .00              .00
CHILLICOTHE EMERGENCY ME UNSECURED       NOT FILED              .00              .00
LVNV FUNDING             UNSECURED        3620.76               .00              .00
PORTFOLIO RECOVERY ASSOC UNSECURED         226.68               .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19368 DENIS J MCNAMARA & MARY G MCNAMARA
```

```
SHERMAN ACQUISITION        NOTICE ONLY    NOT FILED            .00              .00
SKO BRENNER AMERICAN INC   UNSECURED      NOT FILED            .00              .00
SKO BRENNER AMERICAN       NOTICE ONLY    NOT FILED            .00              .00
VERIZON WIRELESS           UNSECURED         784.90            .00              .00
ECAST SETTLEMENT CORP      UNSECURED        1401.73            .00              .00
B-REAL LLC                 UNSECURED          96.00            .00              .00
DEUTSCHE BANK NATIONAL T   NOTICE ONLY    NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   UNSECURED        4098.39            .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY         2003.90            .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED         327.20            .00              .00
B-REAL LLC                 UNSECURED            .00            .00              .00
ASHFORD UNIVERSITY         UNSECURED        1926.26            .00              .00
ACCOUNT RECOVERY BUREAU    NOTICE ONLY    NOT FILED            .00              .00
LEDFORD & WU               DEBTOR ATTY     1,969.00                        1,969.00
TOM VAUGHN                 TRUSTEE                                         1,259.84
DEBTOR REFUND              REFUND                                                .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               16,255.00

PRIORITY                                            .00
SECURED                                       13,026.16
UNSECURED                                           .00
ADMINISTRATIVE                                 1,969.00
TRUSTEE COMPENSATION                           1,259.84
DEBTOR REFUND                                       .00
                      ---------------        ---------------
TOTALS                16,255.00               16,255.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 03/05/09                 /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 19368 DENIS J MCNAMARA & MARY G MCNAMARA